IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FROTHINGER,<br><br>                    Plaintiff,<br>vs.<br><br>JACQUES HIRSCHLER,<br><br>                    Defendant. | Case No. No. CIV S-00-1222 JKS<br><br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

\_\_\_ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE.**

APPROVED:

/s/ James K. Singleton
_____
**JAMES K. SINGLETON, JR.**
United States District Judge

December 12, 2005
_____
Date

Jack L. Wagner, Clerk
_____
Clerk

_/s/ M. Druys_
(By) Deputy Clerk

C:\Documents and Settings\MKrueger\Local Settings\Temp\notes101AA1\S-00-1222.jmt.frm